UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

USA                                      §
                                         §
vs.                                      §        NO:  WA:24-CR-00122(1)-CRW
                                         §
(1) Derrick Dewayne Johnson              §

## ORDER ACCEPTING REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Before the court is the above styled and numbered cause.  On  February 24, 2026 the United States Probation Office filed a Petition For Warrant or Summons For Offender Under Supervision for Defendant (1) Derrick Dewayne Johnson, which alleged that Johnson violated a condition of his supervised release and recommended that Johnson 's supervised release be revoked (Clerk's  Document No. 40).  A warrant issued and Johnson was arrested.  On May 20, 2026, Johnson appeared before a United States Magistrate Judge, was ordered detained, and a revocation of supervised release hearing was set.

Johnson appeared before the magistrate judge on June 16, 2026, waived his right to a preliminary hearing and to be present before the United States District Judge at the time of modification of sentence, and consented to allocution before the magistrate judge. Following the hearing, the magistrate judge signed his report and recommendation on June 16, 2026, which provides that having carefully considered all of the arguments and evidence presented by the Government and Defendant, based on the original offense and

the intervening conduct of Johnson, the magistrate judge recommends that this court revoke Johnson supervised release and that Johnson be sentenced to imprisonment for SIX (6) months, including credit for any time already served since his arrest, and with no term supervised  release to follow the term of imprisonment  (Clerk's  Document  No. 55).

A party may serve and file specific,  written  objections to the proposed  findings and recommendations of a magistrate  judge within fourteen  days after being served with a copy of the report and recommendation, and thereby secure a *de novo* review by the district court.  *See* 28 U.S.C.§ 636(b);  Fed. R. Civ. P. 72(b).   A party's failure to timely file written  objections to the proposed findings, conclusions, and recommendation in a report and recommendation bars that party, except upon grounds  of plain error, from attacking  on appeal the unobjected-to proposed  factual findings and legal conclusions accepted by the district court.  *Douglass v. United Services Auto Ass 'n,* 79 F.3d1415 (5th Cir. 1996) *(en bane).* The parties in this cause were properly notified of the consequences of a failure to file objections.

On June 16, 2026, following the hearing on the motion to revoke supervised release, all parties  signed  a Waiver  Of Fourteen  Day Rule  For Filing  Objections To Report  and Recommendation OfUnited States Magistrate Judge (Clerk's Document No. 54). The court, having reviewed the entire record  and  finding no plain  error, accepts and adopts the  report and recommendation filed in this cause.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the United States Magistrate Judge filed in this cause (Clerk's Document No. 55 ) is hereby ACCEPTED AND ADOPTED by this court.

**IT IS FURTHER ORDERED** that Defendant (1) Derrick Dewayne Johnson's term of supervised release is hereby REVOKED.

**IT IS FURTHER ORDERED** that Defendant (1) Derrick Dewayne Johnson be imprisoned for SIX (6) months, including credit for any time already served since his arrest, and with no term of supervised release.

Signed this 18th day of June, 2026.

_____
CHRISTOPHER R. WOLFE
UNITED STATES DISTRICT JUDGE